**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-02084-NYW

AQYRE LLC, a Delaware limited liability company,

      Plaintiff,

v.

AQYRE REAL ESTATE ADVISORS, LLC,
t/a AQYRE REAL ESTATE ADVISORS, a Colorado limited liability company,

      Defendant.

---

**JOINT MOTION TO VACATE AND/OR EXTEND SCHEDULING CONFERENCE AND NOTICE OF SETTLEMENT**

      Pursuant to D.C.COLO.L.CivR 6.1, Judge Moore's Civ. Practice Standards J & K, and NYW Civ. Practice Standard 6.1, Plaintiff Aqyre LLC and Defendant Aqyre Real Estate Advisors, LLC, by counsel (collectively "the Parties"), hereby move to vacate and/or extend the date of the Scheduling Conference currently set for October 6, 2020, and in support thereof state the following.

      1.      On October 2, 2020, the Parties reached a tentative compromise which they believe will resolve all claims between the Parties.

      2.      The compromise is conditioned upon entry into a mutually acceptable settlement agreement between the Parties.

      3.      The Parties believe they can finalize a settlement agreement and dismiss the case within fourteen days.

      4.      In light of the above good cause, the Parties respectfully request that this Court vacate the scheduling conference set for October 6, 2020, subject to rescheduling by the parties

should they fail to finalize their agreement.

5. In the alternative, the Parties request the Court extend the Scheduling Conference until October 27, 2020 and represent that both Plaintiff and Defendant's counsel are available to conduct the Scheduling Conference during the week of October 26, 2020.

6. There has been one other extension of time in this matter. In particular, on August 5, 2020, Defendant Aqyre Real Estate Advisors, LLC filed a Stipulation to Extend Defendant's Response Date 21 Days (Doc. No. 9) and an Unopposed Motion to Extend Dates in the July 21, 2020 Scheduling Order (Doc. No. 8), which the Court granted on August 6, 2020 (Doc. No. 11).

Dated: October 2, 2020

Respectfully submitted:

| THOMAS P. HOWARD, LLC | ADSERO IP |
|---|---|
| */s/ William C. Groh*<br>William C. Groh, III<br>842 W. South Boulder Rd., Ste. 100<br>Louisville, CO  80027<br>303-665-9845<br>wcgroh@thowardlaw.com<br>*Attorney for Plaintiff* | */s/ Kathryn L. Bohmann*<br>Ian L. Saffer<br>Kathryn L. Bohmann<br>8210 Southpark Terrace<br>Littleton, CO 80120<br>303-268-0066<br>Ian@AdseroIP.com<br>KBohmann@AdseroIP.com<br>*Attorneys for Defendant Aqyre Real Estate Advisors, LLC* |