IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02084-NYW

AQYRE LLC, a Delaware limited liability company,

       Plaintiff,

v.

AQYRE REAL ESTATE ADVISORS, LLC,
t/a AQYRE REAL ESTATE ADVISORS, a Colorado limited liability company,

       Defendant.

**JOINT MOTION TO EXTEND THE DEADLINE FOR FILING DISMISSAL PAPERS**

       Pursuant to D.C.COLO.L.CivR 6.1, Judge Moore's Civ. Practice Standards J & K, and NYW Civ. Practice Standard 6.1, Plaintiff Aqyre LLC and Defendant Aqyre Real Estate Advisors, LLC, by counsel (collectively "the Parties"), hereby move to extend the deadline for filing dismissal papers, currently set at October 16, 2020, and in support thereof state the following.

       1.      On October 2, 2020, the Parties reached a tentative compromise which they believe will resolve all claims between the Parties.

       2.      The parties have exchanged draft settlement agreements and are attempting to come to an agreement on one remaining term.

       3.      The Parties believe they can finalize a settlement agreement and dismiss the case within seven days.

       4.      There has been one other extension of time in this matter. In particular, on August 5, 2020, Defendant Aqyre Real Estate Advisors, LLC filed a Stipulation to Extend Defendant's Response Date 21 Days (Doc. No. 9) and an Unopposed Motion to Extend Dates in

the July 21, 2020 Scheduling Order (Doc. No. 8), which the Court granted on August 6, 2020 (Doc. No. 11).

5. In addition, this Court previously vacated the scheduling conference set for October 6, 2020 in this matter to provide the parties with time to file dismissal papers in consideration of their tentative agreement. (Doc. No. 19, 20.)

6. In light of the above good cause, the Parties respectfully request that this Court extend the deadline to file dismissal papers until October 23, 2020.

Dated: October 15, 2020

Respectfully submitted:

| | |
|---|---|
| THOMAS P. HOWARD, LLC | ADSERO IP |
| */s/ William C. Groh*<br>William C. Groh, III<br>842 W. South Boulder Rd., Ste. 100<br>Louisville, CO 80027<br>303-665-9845<br>wcgroh@thowardlaw.com<br>*Attorney for Plaintiff* | */s/ Kathryn L. Bohmann*<br>Ian L. Saffer<br>Kathryn L. Bohmann<br>8210 Southpark Terrace<br>Littleton, CO 80120<br>303-268-0066<br>Ian@AdseroIP.com<br>KBohmann@AdseroIP.com<br>*Attorneys for Defendant Aqyre Real Estate Advisors, LLC* |