## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-02084-NYW

AQYRE LLC, a Delaware limited liability company,

        Plaintiff,

v.

AQYRE REAL ESTATE ADVISORS, LLC,
t/a AQYRE REAL ESTATE ADVISORS, a Colorado limited liability company,

        Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Aqyre LLC and Defendant Aqyre Real Estate Advisors, LLC, by counsel (collectively "the Parties"), hereby stipulate to the dismissal of this matter with prejudice. Each party shall bear their own attorney's fees and costs.

Dated: October 19, 2020

Respectfully submitted:

| | |
|---|---|
| THOMAS P. HOWARD, LLC | ADSERO IP |
| */s/ William C. Groh*_____ | */s/ Kathryn L. Bohmann*_____ |
| William C. Groh, III | Ian L. Saffer |
| 842 W. South Boulder Rd., Ste. 100 | Kathryn L. Bohmann |
| Louisville, CO  80027 | 8210 Southpark Terrace |
| 303-665-9845 | Littleton, CO 80120 |
| wcgroh@thowardlaw.com | 303-268-0066 |
| *Attorney for Plaintiff* | Ian@AdseroIP.com |
| | KBohmann@AdseroIP.com |
| | *Attorneys for Defendant Aqyre Real Estate* |

*Advisors, LLC*